# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 228<br>08 C 491<br>09 C 653 | **DATE** | 6/30/2010 |
| **CASE TITLE** | Schumacher vs. Thurmer et al<br>Matz vs. Thurmer et al<br>Matz vs. Frank et al | | |

**DOCKET ENTRY TEXT:**

Telephonic conference set for 9:00 a.m. on July 1, 2010. Plaintiff's attorney to initiate the call at 815-987-4480 ext. 2.

*Philip G. Reinhard* (signature)

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|