## United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 228<br>08 C 491<br>09 C 653 | **DATE** | 7/1/2010 |
| **CASE TITLE** | Schumacher vs. Thurmer, et al.<br>Matz v. Thurmer, et al.<br>Matz v. Frank, et al. | | |

**DOCKET ENTRY TEXT:**

Telephonic conference held with attorneys.  The court schedules mediation conferences at the Federal Courthouse in Madison, WI for 9:00 a.m. on July 14, 2010 and July 21, 2010.  Confidential mediation letters and any other materials to be submitted to this court via e-mail, fax or mail, not to be filed, by July 8, 2010. Further telephonic conference set for 9:00 a.m. on July 7, 2010.  Plaintiff's counsel to initiate the call at 815-987-4480 ext. 2.

*Philip G. Reinhard*

Electronic Notices.

00:35

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|