## United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 228<br>08 C 491<br>09 C 653 | **DATE** | 7/7/2010 |
| **CASE TITLE** | Schumacher vs. Thurmer, et al.<br>Matz v. Thurmer, et al.<br>Matz v. Frank, et al. | | |

**DOCKET ENTRY TEXT:**

Telephonic conference held with attorneys. Case No. 08 C 228, Schumacher v. Thurmer, et al. to proceed with mediation on July 14, 2010 at 9:00 a.m. at the Federal Courthouse in Madison, WI.

*Philip G. Reinhard*

Electronic Notices.

00:15

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|